UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Anthony J. Romero,   Civil No. 25-245 (PJS/LIB)

    Petitioner,

vs.   ORDER ADOPTING
REPORT AND RECOMMENDATION

Warden, FCI Marianna,

    Respondent.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. This matter is **TRANSFERRED** to the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 1406(a).

DATED: 2/28/2025       s/Patrick J. Schiltz
At Minneapolis, Minnesota      Patrick J. Schiltz, Chief Judge
     United States District Court