UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY ROMERO,

    Petitioner,

v.                                              Case No.  5:25-cv-48-TKW-MAL

WARDEN F.C.I. MARIANNA,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that Petitioner's §2241 habeas petition should be denied because he is not entitled to the relief requested in the petition.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2241 habeas petition is **DENIED**.

      3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

      **DONE AND ORDERED** this 18th day of August, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**